United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-50756

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

          v.

PABLO ROBERTO CAMPOS-AIZPURO

                    Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-317)
----------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:*

     IT IS ORDERED that the Appellee's unopposed motion to vacate

the sentence is granted.

     IT IS FURTHER ORDERED that the Appellee's unopposed motion

to remand the case to District Court for resentencing is granted.

     IT IS FURTHER ORDERED that the Appellee's alternative

unopposed motion to extend time to file the Appellee's

_____

     * Pursuant to 5th Cir. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

supplemental brief until fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is moot.